Good morning, your honors. My name is Marwa Elzenkhali. I am counsel for the appellant Rahinah Ibrahim This marks our second time here before this court on this matter Our case was dismissed against the federal government a few years ago, and we were before this court I believe back in 2008 Our case was dismissed on the grounds that the district court had no jurisdiction against the federal government This court overturned that decision and found that the district court did have jurisdiction against Most of the federal agencies that were named as defendants in the case with the exception of the TSA The that this case it I think it's really important to have a good understanding of at least based on what? we've submitted and what we've been able to piece together so far of how the several agencies work together and That work has affected on Miss Ibrahim and From from from the evidence in the record the Terrorist Screening Center. The TSC is the main agency that basically is responsible for compiling names of individuals who are either suspected or known or identified as potential terrorists and What the TSC does is it maintains a database called the Terrorist Screening Database And it funnels that information to various local state and federal agencies Including the TSA but not limited to the TSA Also the what the federal government has identified as its class system Which is part of the State Department it also funnels that information to various Foreign governments and if you are identified on the TSDB the Terrorist Screening Database You not only might not be able to fly but it also might affect you in other ways in My clients case with respect to the revocation of her visa It might affect your ability to fly within the United States But it also can affect your ability to fly outside of the United States as we've seen from the federal government's own website Which basically says that if you are identified on the no-fly list You it will affect your ability to fly all over the world There's to say a US carrier will not and potentially not a US carrier as well And that's that's that's information that we're trying to piece together but from from from the information that we've submitted it basically says that the the The names that are on the list can be given to foreign governments And that it affects a person's ability to fly all over the world doesn't specifically say US carriers In my client situation we submitted a declaration from my client that said that basically while she was in a an airport in Kuala Lumpur she was told that there is a note next to her name saying to arrest her And this is all outside of the United States Now could I just ask a question? That bothered me reading the briefs the government seems to be citing the cases Which the alien has never been in the United States you? cite the cases What's the alien is is first? Well the claim offense is while the alien is still in the United States Do you have any cases that? Reconcile these two lines I think that in doing our research We have not been able to find a case that is exactly on point and it's very similar to our situation however I think with respect to our case we believe our case is more similar to the cases that we've cited because the the The courts usually from what we've seen look at where the harm occurred that gave rise to The constitutional violation what the court did the district court did and what? counsel for the federal government argues is that they're really looking at the remedy involved and And basically stated that because the remedy is seeking prospective relief that therefore that's that's what you look at and determining whether she has constitutional rights and It's extraterritorial application of her constitutional rights We're arguing is that the constitutional violation occurred while she was in the United States during a time that she had Was legally lawfully in the United States had substantial connections in the United States And that's where the violation occurred and therefore she should be able to remedy that violation Which is an ongoing harm that continues to occur so you're arguing. It's just really one ongoing violation Is that your argument correct and it started it started in the United States? Yeah, thank you and how? When you say the violation occurred in the United States and is ongoing What are you characterizing as the violation putting her on the list? Preventing her from flying. I mean what what what do we encompass within that term? Violation as you as you want to use that term or is it the denial of the visa? So it's it's it's the placement of her name on what she believes is the terrorist screening database Her claim against the federal government is a claim that she filed under the Administrative Procedures Act which includes both constitutional and non-constitutional violations, but basically it is a She is seeking to remove her name from the terrorist screening database and the violation The specific violation is the placement of her name on that database now But she was told that her list she was removed from the list and what happens They have her on the list. She said take me off. They said we took you off here is your you can fly to Malaysia and Then what if they put her on after she has left the United States? So she built our belief is that and and also keep in mind that this is on a motion to dismiss which is based on the face of the pleadings and what we've pled based on her belief is that She was never removed she was she was she was told that she was removed But the federal government has never confirmed or denied that she is or is not on the list What she was allowed to fly to? To Malaysia, but having gone through enhanced security screening even though she was allowed to fly which indicates that her name wasn't necessarily removed and Aside I you know, I I travel with my clerks and I'm usually the one asked to be Investigated when we get on the airplane and I never quite know why so there could be many reasons She is removed Other than the fact that she had not been removed from the list I think for us we're working on what little information we have been able to gather and What it implies and the federal government has provided the court with nothing in response at least no substantive Information and response that indicates when she was placed or how she was placed They've refused to even acknowledge that she was placed or is not on the list and so and and in a motion to dismiss my understanding is generally you apply the facts in the light most favorable to the plaintiff and you know She she was able to come into the United States in September 2001 lawfully legally without any problems So presumably she was not on any kind of a list when she tried to fly out in 2005 That's when the problems occurred So presumably it happened at least initially while she was in the United States not what happened after that No one knows right because they've submitted nothing to to to indicate either way And all we've been able to do is piece together what's happened Which is after she flew out of the United States again under enhanced security screening, which is beyond the typical you know, you have to go through a metal detector and what-have-you and Came into Malaysia. She was there temporarily for a conference was coming back to complete her PhD came into Malaysia and Suddenly her visa was was revoked by the US Embassy citing to a section of the Immigration Nationality Act which basically says that a US Embassy can Revoke your visa or deny a visa for someone that they believe is engaged in terrorist activities So there appears to be a clear connection And it's affecting her in different ways. So her ability to fly Revocation of her visa and at this point she doesn't know what else I'm reading paragraph 45 of your client's complaint Represented the plaintiff that her name had been removed from the no-fly list following day January 3rd 2005 Ibrahim discovered that she was still on the no-fly list when she attempted to fly again After some effort even him finally was a was finally allowed to fly that is as I read that They take they told her at one point your name is off the list Then they tell if the name is on the list at which point she is nonetheless allowed to fly So the last piece of information she gets before she leaves the United States at least according to your complaint is she's still on that list Correct, right? Yeah, so her information is that when she left the United States Her name was on the no-fly list rather than it had been removed. She was told For a moment that was off the list, but at the time she left she'd been told that it was on the list Yeah, and and also keep in mind she's talking to various agents some local some federal and You know the information that she's getting is, you know, again, it has never been officially confirmed or denied by the federal government or its counsel So what Rule for you at this stage, what would our order to the district court be? that the case be remanded back to back to the district court and allow the plaintiff to proceed on her Administrative Procedures Act claim against the federal government finding that she that she Can make a constitutional claim based on the placement of her name on the no-fly list and alternatively What we're also asking is if the court finds that she does not have constitutional rights that she'd still be able to proceed with her APA claim, which is not necessarily based on a Constitutional violation because under the Administrative Procedures Act you can challenge agency action without necessarily arbitrary and capricious standard yes, so the only thing you're asking us to say is that you have the right to proceed with the claim and what's in front of us is not The substance of the claim not whether there's been a violation of due process or what the actual remedy would be that's not in Front of us at this time. That's correct. Your honor and the number of years that we've had this case pending We're still sort of at the pleading stage Where our case again was dismissed on a motion to dismiss and what you're looking for something Right, how's the district judge to handle a case if he gets it and you say well We're not sure what we're looking for. You're looking for something and there's something you're looking for His reinstatement of her right to come and go as she pleases in the United States. Is that correct? That's that that that she be that her name be removed from the terrorist screening database or that she basically get a fairness Over the placement of her name On on the database so that she's able to can Everybody get a fairness hearing about whether or not they get a their name placed on a terrorist list Currently, we don't believe so and that is okay considered to be a flaw in the process Does a person outside the United States have a right? to say whether or not they're going to get a a The right to come into the United States, so they have a constitutional right to bring a claim In the United States, she's outside. There's no two ways about that and constitutional right to say give me a Visa or give me the reason why you're not giving me a visa a Person who is outside of the United States who has never come into the United States Does not have a constitutional right to demand a visa so the fact that she was in here once gives her that, right? She was in here for four years studying at maybe but she was in here once And I think it's also important to note that her request is not to be Given a visa because that's actually not within the jurisdiction of the district court Her request is that her name be removed. So in other words the district court couldn't give her the visa and therefore she wouldn't get What she was looking for She could because we believe that the reason her visa was revoked is because of the placement of her name on the terrorist screening database So what we've requested in her complaint is that not only she be given Take her name be taken off or that she be given a fairness hearing But if her name is taken off that that information be funneled to the federal agencies or other Agencies that have been given her name in the first place. So the ultimate effect of that is up to that agency Of course, yeah, but look if if she name remains on the no-fly list She can take in a Malaysian flight to Vancouver Great Possibly not. Well, possibly not but you don't have any facts to back that up and you have to plead facts in your In your complaint. So Submitted an article Where do you did you plead facts saying that she applied for a flight? Malaysian Airlines to Vancouver and was turned down No, she would she has not actually tried to fight okay now, all right, so you're Suggesting suppositions that she wouldn't get to Vancouver, but if she could get to Vancouver by boat or by some other way She could then drive across According to you if she had a visa, but she had never visa Right. Her visa was revoked revoked. Okay now so the real thing that you're looking for is a visa We're looking for the removal of her name from the database Because the removal her name in the database does not just affect her ability to get a visa According to the government's own website, it will affect her ability to fly all over the world and that's true, but But the US government can't order the Malaysian Airlines not to fly somebody someplace But they can't provide them with information to tell them to not fly somewhere. So in some place You know what the what the Malaysian government does with it. That's the Malaysian government's, you know decision however, if if if Someone if the the US government is providing another foreign government with information about About an individual that that that is false or it can affect that individual's ability to fly outside of the I hate to tell you But I think that that happens, you know, we have suspicion that is all the State Department has to say and you're suggesting that Somebody can then bring a lawsuit saying oh you told such-and-such You know a nation what your suspicions are. You can't do that. I Don't think it goes like quite that far and I don't think that any court would have the right to interfere in foreign relations that way and We're actually not asking the court to interfere with foreign relations We're asking the court to look at the placement of her name in the TSDB Which is something that's done by a federal agency of the United States Which this report would have jurisdiction to be able to do. Yeah, I understand but All right, go ahead I'd like to reserve five minutes for rebuttal if the court has no further. It's fine. Sure. Okay. Thank you You've observed three minutes and 40 seconds. I'm sorry three minutes and 40 seconds I May have pleased the court. My name is Joshua Waldman. I hear from the Department of Justice representing the Apple ease in this case The plaintiff in this case is a citizen of Malaysia who lives in Malaysia She's an alien. She's not a u.s. Citizen. She is not currently in the United States Nor was she in the United States at the time if you filed her claim She seeks only perspective relief and she has no substantial connections with this nation that last one is the only one that's Debatable of what you just said. I agree that there's at least debatable if you want me to move right to that. I will the only allegations about substantial connections that plaintiff makes is Essentially personal connections with people that she met at Stanford while she was here doing her studies We are aware of not a single case From any court that we could find where that kind of relationship personal relationship Well, but you're you're narrowing. I mean the story is as follows and I don't think these facts are in dispute And of course, we're 12 b6. She was a graduate student studying for a PhD in Engineering engineering with a focus on affordable housing. She'd been a graduate PhD student for four years at Stanford She attempts to leave the country to go to a conference In her capacity as a Stanford PhD student Then the episode at the airport occurs. She's finally allowed to fly She has never allowed to come back into the country. She submits her thesis Remotely as it were and so on and has never come back again But I think it narrows it quite a bit just to say well She's got some friends here and those are that that's the only substantial connection. Well, it's certainly not just friends. I mean she has academic Relationships with people that that's for sure and that's at least the allegations in the complaint and we have to accept This is true, which aren't 12 b6 But as far as we're aware the only cases that have ever said they ever relied on Substantial connections as opposed to actual physical presence our cases involving actual property rights in which the constitutional complaint Claim was itself about the deprivation of those very same connections that gave you a constitutional right here We have no property rights that we're talking about No allegations of any property rights and the constitutional do you is the definition is the definition of property here? an issue You keep saying property rights I'm saying that because the cases that rely only on substantial connections as opposed to actual physical presence of an alien Only deal with property rights So there's but all of the cases that you decided if I'm not mistaken dealt with people who were Outside the United States if we said that the violation occurred while she was in the United States Doesn't that distinguish her case? If that were the injury, but she's asking for injunctive relief Which requires her to show the threat of a future injury not a past injury and remember she has previously sued the United States Seeking backward-looking relief for what happened to her in 2005 Right they have a visa Now this is dependent on the decision as to whether or not it was appropriate for her to be put on the no-fly list Well, she would still be seeking a future looking order saying give me a visa You know, she's not she's very clearly said she's not seeking a visa. She'd like to get one, but she's not seeking it from us I thought you were That might be a claim that she might make and if that were the case Which we don't think it is and it would be barred under the consular non reviewable Reviewability doctrine anyway, it would still be a future-looking claim. I think that's important distinction to make Because it's the one that judge also Relied on below which is to say if what you're looking for is future-looking relief To address an injury that will occur in the future when the alien is not present in the United States They do not have a it's you're asking for relief for an injury at a time When you have no basis on which to stake your constitutional claims, let me just see if I understand what you're saying Do you have any case at all that says? That an alien could not assert a constitutional claim for a continuing violation that Begins when the alien is in this country The well, it's not quite clear what we have are the DC Circuit cases that deal with future relief For an alien who's not present in the United States, and it's not clear. Those are terrorist designation cases It's not clear when those designations are made when the exact actual decision is But what I would say is if you have an if you're claiming if you're asking for relief For an injury that occurred when you were present in other words a past injury when you were present That judge Al's opinion leaves that possibility open that you could get damages or backward-looking relief for that but if you're looking for Prospective relief for an injury that would occur in the future when you are not present Judge also said at that point your lack of presence and lack of connections in the future precludes the alien non-citizen from asserting constitutional claims for that form of relief and remember in this case there were constitutional claims against the San Francisco Defendants for the the actions in 2005 her alleged detention and they were constitutional claims under section 1983 as well as state law claims and there was a settlement of that I don't think San Francisco said that they couldn't bring constitutional claims and they brought constitutional claims against us the federal government under 1983 also seeking past damages Those claims were dismissed. So her damages claims for past events are not before this court at this time So we're only talking about future relief for alleged future injuries when she will not be here. Yeah, what do you do with the? quang hi-chu case I'm not sure. I remember exactly the title that the one who came here to testify You know, it's decided by the United States Supreme Court in 1953 he's an alien who is on a ship and would like to come back into the United States. He's detained Excluded at Ellis Island and he's an alien and the court says you're allowed to bring this claim Well, I'm not exactly familiar with that case I'll be honest with you But I what I imagine is at that time you might have been deemed present by landing at Ellis Island for some purpose I don't know. No, the rule is, you know, if you're being excluded for purposes of a claim, you're still excluded, right? He was challenging his exclusion all I know is with the Supreme Court says in cases like Arquitas where it says the key to an alien non-citizen who wants to assert constitutional claims Is their physical presence or the substantial connections of the country? So I honestly don't know the facts of that case So I guess the case was cited cited in the blue brief, but I guess you didn't read it Well, I don't remember it. Maybe I read at the time, but I just honestly I don't I don't remember. Okay No, that's fair answer. Sure. Sure But I think Before the court even needs to get to this question, it could also decide the entire case simply on standing grounds And we have primarily two arguments The first is that the the injury claimed here is essentially the inability to return To the United States and we think regardless of any order about the no-fly list The plaintiff cannot return to the United States simply because she has no valid, you know, you added a word essentially as if Well, there's parts of her claim. You're not going to pay any attention to for purposes of standing No I'm just going to get I would get to those later or if you ask me a question about it But I want to talk about in the main and get into sort of some a little bit more into the weeds after that Would you like me to proceed? Here's the standing Argument from her perspective as I understand it and as judge also held I mean you lost on that point in front of judge also That she says if my name is taken off this list I will be able to fly unimpeded on u.s. Carriers abroad Whatever obstacles might exist on flying on non u.s. Carriers Those would also be gone. Although I don't think she's specifically relying on that for purposes of standing and it's possible That other good things might happen. Okay, let me let me watch. Why is that not enough? Okay, there's a there's a couple answers and let me start with the first one, which is about Well, maybe there's no foreign port a to foreign port B where I don't have to come into the United States And I don't need a visa Maybe I'd be injured there if you look at the declaration that she relies on and judge also relied on to show standing There is not one allegation in that declaration or anything in the complaint that talks about an injury by being Unable to fly for example from Malaysia to Tokyo There are simply no allegations about any kind of credible threat from the no-fly list affecting that Isn't it true that if you're on the no-fly list a u.s. Carrier will not carry you a u.s. Carrier Yeah, there may be non u.s. Carriers that could carry you But not u.s. Carriers, it's true But there's been no and she's known that and we've said that since this case But there's no allocation of that and as judge Jaffe said you have to plead facts In these cases and she's never once pled that that's her injury Yeah, now judge also response in part was well, I understand there's this visa problem But for purposes of standing I'm not going to require her to tackle all of the obstacles at once and it's and I'm now Reading a little bit between the lines of what just judge also wrote But I don't think very far between the lines if she's removed from the no-fly list It's actually fairly likely or I should say removed from the suspect list the one that produces them the no-fly list It's very likely that in fact, she'll get the visa. I mean that that seems to be the obstacle Okay, let me we have no power to order that should be given and I understand that sure Let me address that in two parts first is just on the phase of the opinion where he says she doesn't have to remove all Obstacles at once just on the face of that without reading between the lines I think that's an incorrect statement and you know with all due respect for judge all set boy I think is a great and smart judge. I think the essence of redress ability is You have to be able to undo your injury as a result of the relief No, you don't have to it has to have a reasonable chance of so Well, there's no chance that she's going to come back to the United States without a visa. We all know that I mean, that's that's indisputable So then if you read between the lines the question is is sort of what is it going to affect other decisions? Is it likely to but I and I think what you need to understand is the difference between the State Department's relationship To the TSDB the terrorist screening database and the no-fly list relationship because they're completely different things First of all, they're obviously made by different decision makers State makes the visa determination TSC makes the no-fly list determination second The no-fly list when it gets sent out to TSA from TSC is a decision that's already been made Someone is on the no-fly list and they're not and then it's given to TSA the State Department essentially gets Information from the TSDB. What happens is the state gets a visa application and they say TSD folks at TS Administering the TSDB is this person on the database? And if the answer is yes, they don't get an answer Deny the visa or not. They get information the very same information that before the TSDB I'm not sure we need to do all this detail because I think the point I made that I think judge also had in mind Is still there that is to say of course, it's a different decision maker The question is what is the State Department likely to do as soon as soon as she is no longer on this list? I think it's entirely Speculation and conjecture. I mean, is there any reason except for the fact that she's on this list if you mean that she's she's sued She sued the United States government. Listen, that was that was one of that's the implication That's the implication of some of the questions she was asked in her visa interview Was that well, it was the State of Sears lawsuit here that you got against the United States. Are you gonna settle this lawsuit? Well, she had already, you know, she had already had her visa revoked by that point Sam if you look at the statutory citation in the letter denying her visa application It's the actual site is 8 USC 1182 a3 bit and if you look at that There's about a dozen different reasons why someone might have their visa denied One of which I think is called something like engaging in terrorist activity And if you read the next subsection down, there's about a dozen definitions of what that might mean So there's about two dozen different reasons which are really quite broad About why someone might be denied under that specific statutory section. So I think it's just absolute conjecture to say because you know if we were to sort of take her off the no-fly list and then if we were to do the further step of Sort of reviewing I'm using a shorthand that you're not picking up. Okay, take her off the TSCB list If you take her off the team, oh, I think that's what that's what they're after I mean and that has consequences, of course for the no-fly list, but they're asking that she be taken off the TSCB list yeah, I mean the odd thing about that is all the TSDB really is is a warehouse for information that always existed and before the TSDB Existed as a warehouse of information state would just go around to various Government agencies asking for information about people now, they don't have to do that sort of multiple stops They just do one stop and then they still get the information and then they make their decision Here's the basic problem in the case. She contends. This is all a colossal mistake It's possible that it is all a colossal mistake. I don't know The government's position is you cannot make us fix a colossal mistake Well, it may or may not be one and we're not going to inquire and you have no ability to bring any lawsuit to Force us to inquire. Well, I mean that that's the position Well, let me let me just sort of break that out with respect to the visa Absolutely. We said there's there's no suit that you can bring to make us change With respect to the no-fly list There is a redress procedure and she has submitted to that redress the procedure and it's been five years since she attempted to fly To the u.s. Since there and this is sort of if there's a standing problem of not being able to bring the suit It's one of sort of her own Wait a minute. She got an answer which struck me as Profoundly ambiguous The redress procedure they didn't say we have resolved it and we made a mistake Or we've resolved it and we think you belong there They gave her some gobbledygook answer that I could not understand the reason why the answer the answer is Ambiguous for sure And the reason why we do that is the same reason that we don't tell people At the onset of you just ask if you're on the no-fly list because for secure for obvious security reasons you don't disclose Who's on the no-fly list and who's not well except they did to her They said you're on the no-fly list and you can't fly. Well, no what happened is is an airline employee Told her that she was on the no-fly list not that you say and if you actually read Exhibit C to her own supplemental request for judicial notice You'll see a sort of a Q&A from TSA That says, you know If somebody if an airline employee tells you you're on the no-fly list the tedious TSDB does that mean you're actually on it? And the answer is no, could I just clarify what you have just said? Yes Assuming there has been a colossal mistake Are you saying there is absolutely no remedy No, absolutely not. First of all, you can file a redress papers petition which is specifically targeted for people who are either Misidentified for someone who is on the list or for someone who thinks that they're mistakenly on them You just said for people who are here. Oh No, it doesn't she we didn't say that because she was in Malaysia. She couldn't file the redress petition It's not a constitutional right to do it But it's one it's a redress proceeding that TSA affords people including people outside the United States. Does she have? redress under the APA We're not making any argument that she can't bring an APA claim. Yes, you are you said she's waived it Well, not as a statutory matter as a matter of forfeiture in this case. Not that generally it's unavailable to aliens I'm sorry that she's waived it, but you said she waived it We think in this case she's she's way that she's forfeited the forfeited to be a little bit more precise But I'm not we're not making an argument. That is a general matter aliens out the US outside the US Does that mean then if we disagree with you with respect to the APA claim? And we say she has not waived it or forfeited you concede that she can bring that claim. We're not conceding it We're just saying we're not making an argument at this point But I thought you just answered judge Nelson when she said well, is there any possible redress? You said well, she could bring an APA claim No, no. No, what I said is she could bring a redress petition under the TSA's own procedures And then you said she could file something under the APA Well, we're not making what I want to be clear about this. We're not conceding As a position in the United States that that you could definitely bring an APA claim for this for this type of action What we're saying is we're not asserting that argument right now The only argument that we're making right now and that's because we didn't raise any arguments like this in the district court So the only arguments that we're making are ones about forfeiture. And the reason we're making that is The a the alleged APA non-constitutional aspects of this claim I think it's important to understand how they came up in the context of this case and why that leads to forfeiture Originally as filed in the complaint. There was nothing about the APA. The APA wasn't cited There was no reference to Arbitrary capricious and it was just all about constitutional claims as well as a lot about co-defendants and on the first appeal We said that we didn't think that there were APA claims and the court held Because the allegations were unlawful conduct and a request for an injunction against the government That was tantamount to an APA claim and we took that as that The APA is serving as a waiver of sovereign immunity and a cause of action to bring her constitutional claims Which were the only APA type claims that the court mentioned the first time around So when we went back and we litigated this case we focused on constitutional claim because that's to us is what appeared to be her her claims against the United States and But we got the all the claims the only came against the federal government dismissed on that ground Now if the plaintiff thought hey everybody including judge also Have completely just forgotten about a bunch of claims She had eight months between the dismissal of all her claims against the federal government and a final judgment The ordinary way you deal with a district judge having made a mistake is to appeal She appealed you can ask the judge for reconsideration I understand that but I don't think it's a waiver if you simply take your appeal May I answer you know, this is an important enough case when you know We'll we'll talk as we as long as we need to hear the information. So don't be concerned the same applies to you I appreciate that very much honor. I think that you're right in the normal course But when you're asking for example, if a district judge actually rules on something You don't have to ask for reconsideration in order to appeal But if the allegation is something the district judge did absolutely miss something that was evident to one side But not to the opposing counsel or even to the district judge I think the normal course is you let the district judge know about that Otherwise, you're a little bit sandbagging the judge to then go up on appeal and say but it's very good I understand that and district judges quite understandably say well, you know, I wish you'd brought that to my attention But is that a waiver? I think so And I think it's analogous to a situation for example where a jury comes back with an excessive Verdict and you want a remitted ER or something or throwing out the Damages for some for one reason or another you have to ask the district judge You know, this is that was so far afield. Here's what happened You made it you moved to dismiss and you argued two grounds number one Insufficient connection and therefore you can't bring anything and that was sufficient to dismiss claim 13 Right, and then you said and even if you get to the merits, the constitutional claims are lousy. You don't mention the APA That's right. The response from their side responds to the argument you made they didn't mention the APA either Right judge also dismisses claim 13 without mentioning the APA, but I don't see where there's a waiver Well, I mean if you'd made an argument that you should have dismissed you should dismiss the APA claim, which is right there in claim 13 and Nobody says anything. They don't respond. That sounds like waiver to me, but you never made that argument They responded to all the arguments you made right, but if the district it yes But if the district judge then says essentially I'm dismissing the entire Claim which puts the plaintiff on notice that that includes her non-constitutional claims and eight months go by any at any moment She could ask for reconsideration I think it's incumbent on the plaintiff to go to the district court and say I think you really missed something here Otherwise people understand what you're saying in terms of courtesy of the district judge I understand what you're saying in terms of what might have been a good idea But I don't think you've got any cases that say that constitutes constitutes a waiver Well, I think it's just failure to prosecute it below I mean Obviously dealing with 12 v 6 you're talking about failure to prosecute, right? I mean, I just I think at this point my only argument would be the adversarial system has to work properly and this was an APA claim that we think was if it's to work properly and you want a dismissal of the APA claim You should have argued it on that basis well, I mean from our point of view we didn't under we didn't read the complaint as asserting anything other than Constitutional claims given the nature of way the APA came into the case in the first appeal I think I think it's sort of incumbent on the plaintiff. I'll just leave it I'll just leave it at that your honor if there are any further questions on the case. I'd be happy to address them Okay. Thank you. Thank you I Just have a few quick points to make um On the I thought I heard counsel say that we didn't properly allege our APA claim outside of the constitutional violations I just want to put the court to paragraph 127 in the excerpts of the record page 0 3 3 3 where we Look go slow. All right I'm old enough to think slowly. So What was the what was the record it's a paragraph 127 of our complaint, which is at page number 0333 of our excerpts of the record Thank you And that says defendants actions alleged in here were arbitrary capricious and abuse of discretion That sounds like a classic APA non-constitutional claim The other one more thing I wanted to point out in in the record, which is in our request for judicial notice that was submitted with Our opening brief was an article Exhibit B to the request for digital notice is an article entitled u.s. Authorities divert Air France flight carrying no-flight journalist to Mexico. So in answer your question, Your Honor there is the possibility that a a Non-american flight can be affected by someone who is on the flight who's on the no-fly list who's not necessarily going to the United States, and I would Ask the court to look at the the article that was submitted the final thing I just wanted to point out is that counsel said that there is a whole host of reasons under the section that was cited under the US Immigration and Internationality Act in denying Miss Ibrahim's visa that there's a whole bunch of reasons that are in that section but the denial letter which is exhibit a to the request for judicial notice that we submitted with our opening brief is very specific as to the reason and cites to section 212 a 3b, which is the specific section that gives the reason of being suspected of So those are the main things that I want to point out and the court has any further questions for me I would Hang on hang on a second. Give me that statutory sections quotation again. Sure. It's a section 212 a 3b I've got it here, but I'm gonna be slow and and what code chapter is it? I'm sorry. Oh It's I don't have the the US Code section I mean, you know what? I'll find it later. Don't don't bother. Okay. Okay. It's under RNA 212 Okay, thank you Very helpful arguments a case of Ibrahim versus just the defense name Jonathan Napolitano secretary of Homeland Security is now submitted for decision
judges: Duffy, Nelson D. W., Fletcher W.